UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR PERALTA,

                Plaintiff,

      -against-

32BJ SEIU,

                Defendant.

1:21-CV-1404 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 1, 2021, dismissing this action for failure to state a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:   June 1, 2021
          New York, New York

                          /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                      Chief United States District Judge